

**IN THE
TENTH COURT OF APPEALS**

---

**No. 10-17-00003-CV**

**IN RE CAROLYN BARNES**

---

**Original Proceeding**

---

**MEMORANDUM  OPINION**

---

Relator Carolyn Barnes's petition for writ of mandamus is denied.  Recently amended Rule of Civil Procedure 145 governs a party's claim that the party is unable to afford costs for preparation of the appellate record.  TEX. R. APP. P. 20.1 cmt.; *see* TEX. R. CIV. P. 145 (effective Sept. 1, 2016).

Accordingly, Relator's motion for emergency stay is dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied; motion denied
Opinion delivered and filed January 11, 2017
[OT06]

